

FILED

APR 2 1 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

N THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

———

26 CV - 225 JFH - JFJ

#1 GLENDA ROSE ROBLES,

#2 BENJAMIN HANKINS,

#3 DAKOTA J. COLLINS,

#4 KALI COLLINS,

Plaintiffs,

v.

#5 FORTIS CONSTRUCTION, INC.,

Defendant.

———

COMPLAINT

IFP Pending
Ø Summons

1. NATURE OF THE ACTION

This is a multi-plaintiff action arising from Defendant's unlawful retaliation, discrimination, sexual harassment, hostile work environment, and violations of the Americans with Disabilities Act (ADA) and Title VII of the Civil Rights Act of 1964.

Plaintiffs engaged in protected activity, including reporting workplace misconduct, harassment, safety concerns, and participating in and supporting accommodation-related processes for a medically protected individual.

Following this protected activity, Defendant engaged in a coordinated pattern of retaliatory and adverse actions resulting in loss of employment, financial harm, and ongoing damages to all Plaintiffs.

2. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331.

Venue is proper in this district because the events giving rise to this action occurred in Pryor, Oklahoma.

⎯⎯

## 3. PARTIES

Plaintiffs:

Glenda Rose Robles

Benjamin Hankins

Dakota J. Collins

Kali Collins

Defendant:

Fortis Construction, Inc.

5331 S Macadam Ave, Suite 100

Portland, OR 97239

⎯⎯

## 4. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Each Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission and received a Notice of Right to Sue.

These Notices were issued in March 2026, and this action is filed within the required 90-day statutory period.

Plaintiffs have requested their EEOC investigative files through the Freedom of Information Act (FOIA). The EEOC did not complete full evidentiary development prior to issuing the Notices. Accordingly, this action is based on primary documentation, witness evidence, and records in Plaintiffs' possession.

——

5. FACTUAL ALLEGATIONS

Beginning in or around October 2025, Plaintiffs engaged in protected activity, including:

reporting workplace safety concerns

reporting harassment and hostile work environment conditions

requesting accommodations under the ADA

supporting a coworker experiencing a documented mental health crisis

Defendant was placed on notice of medical accommodation requirements, including:

the presence of a support person

a safe working environment

medically supported leave

Despite this, Defendant:

interfered with accommodation processes

required separation during interviews despite medical directives

conditioned participation on compensation and failed to pay

reversed prior representations that leave would be paid

placed Plaintiffs on indefinite unpaid leave

removed access to work systems

failed to complete any meaningful investigation

At least one Plaintiff was medically cleared to return to work but was prevented from doing so despite verification.

————

6. SEXUAL HARASSMENT / HOSTILE WORK ENVIRONMENT

Plaintiffs were subjected to unwelcome sexual conduct, inappropriate communications, and/or behavior that created a hostile and offensive work environment.

Plaintiffs reported or opposed this conduct.

Defendant failed to take corrective action and instead subjected Plaintiffs to retaliation and adverse treatment.

Defendant knew or should have known of the conduct and failed to prevent or remedy it.

____

7. ADVERSE EMPLOYMENT ACTIONS

As a result of Plaintiffs' protected activity:

Plaintiffs were placed on unpaid leave

Plaintiffs were prevented from returning to work

Plaintiffs were terminated or effectively removed from employment

Plaintiffs lost wages and employment opportunities

Plaintiffs experienced retaliatory and adverse treatment

____

8. CLAIMS FOR RELIEF

COUNT I – RETALIATION (Title VII)

Defendant retaliated against Plaintiffs for engaging in protected activity.

——

COUNT II – SEXUAL HARASSMENT / HOSTILE WORK ENVIRONMENT (Title VII)

Defendant subjected Plaintiffs to unlawful harassment and hostile work conditions.

——

COUNT III – ADA VIOLATIONS

Defendant failed to accommodate, failed to engage in the interactive process, and interfered with protected medical rights.

——

COUNT IV – ASSOCIATIONAL RETALIATION

Defendant retaliated against Plaintiffs for supporting a protected individual.

——

9. DAMAGES

As a direct result of Defendant's actions, Plaintiffs suffered:

loss of wages

emotional distress

loss of employment opportunities

reputational harm

____

Additional Economic and Professional Harm

Plaintiffs have suffered:

disruption of employment within their trade

loss of union membership, dispatch opportunities, and work access

inability to maintain apprenticeship requirements and coursework due to financial hardship

disciplinary consequences within union or apprenticeship programs

complications and delays in obtaining unemployment benefits

inability to secure comparable employment

____

Individualized Harm

Glenda Robles: experienced housing instability, loss of rental housing, and is facing foreclosure while supporting minor children.

Benjamin Hankins: suffered financial hardship impacting his ability to support an elderly parent.

Dakota Collins: lost union membership due to inability to maintain dues and has experienced hardship impacting his ability to support an elderly family member.

Kali Collins: experienced financial and employment instability as a result of Defendant's actions.

____

10. RELIEF REQUESTED

Plaintiffs request:

back pay

front pay

compensatory damages

emotional distress damages

punitive damages

attorney's fees and costs

all further relief deemed appropriate

——

11. JURY DEMAND

Plaintiffs demand a trial by jury.

——

SIGNATURES

Glenda Rose Robles

(Signature) _____

Glenda Robles (424)542-4262)
6308 W 36th St
Tulsa, 74107

Benjamin Hankins

(Signature) _____

Benjamin Hankins (918-880-9238)
7740 E eagle Dr Bixby ok 74008

Dakota J. Collins

(Signature) _____

Kali Collins

(Signature) _____OBO_____

Date: 04-21-26



Member's Mark Quali

SamsClub.com/office for all y

Kali Collins

Signature, Kali Collins

04-21-2026